# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:14-CV-863-D |
| | § | |
| $19,605.00 IN UNITED STATES | § | |
| CURRENCY and 2008 TOYOTA | § | |
| TUNDRA, VIN 5TFEV541X8X042976, | § | |
| Defendant Property. | § | |

## FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States District Court referred this matter to the United States Magistrate Judge for a settlement conference. The Court set a settlement conference for April 1, 2015. In the order setting the settlement conference, parties with full settlement authority and their counsel were ordered to attend. *See* Order [D.E. 25]. Because the claimants, Misael Gutierrez, Andrea Villarreal Najera and Jose Guadalupe Gutierrez (collectively, "Claimants") did not attend the settlement conference as ordered, the Court set a show cause hearing ordering Claimants to appear on April 14, 2015. *See* Order to Show Cause [D.E. 28]. In the Order to Show Cause, Claimants were warned that they will be subject to sanctions for their failure to appear at the show cause hearing. *See id.* [D.E. 28]. Nevertheless, Claimants did not appear at the show cause hearing. Therefore, the undersigned respectfully recommends that the Court impose a sanction that it deems appropriate for Claimants' failure to comply with Court orders.

**SO RECOMMENDED**, this ___ day of April, 2015.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

## INSTRUCTIONS FOR SERVICE AND
## NOTICE OF RIGHT TO APPEAL/OBJECT

The United States District Clerk shall serve a true copy of these findings, conclusions, and recommendation on the parties. Pursuant to Title 28, United States Code, Section 636(b)(1), any party who desires to object to these findings, conclusions, and recommendation must serve and file written objections within fourteen days after service of the findings, conclusions, and recommendation. A party filing objections must specifically identify those findings, conclusions, or recommendation to which objections are being made. The District Court need not consider frivolous, conclusory, or general objections. A party's failure to file such written objections to these proposed findings, conclusions, and recommendation shall bar that party from a *de novo* determination by the District Court. See *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Additionally, any failure to file written objections to the proposed findings, conclusions, and recommendation within fourteen days after service shall bar the aggrieved party from appealing the factual findings and legal conclusions of the Magistrate Judge that are accepted by the District Court, except upon grounds of plain error. See *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc).